IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHERRY DICK, | : |
| Plaintiff, | : |
| | : |
| vs. | : C.A. No. 1:08-CV-00470-SD |
| | : |
| THE HARTFORD, | : |
| Defendant. | : |
| | : |

**<u>ENTRY OF APPEARANCE</u>**

TO THE CLERK:

Kindly enter my appearance as counsel for Defendant Hartford Life Insurance Company, identified in the Plaintiff's Complaint caption as The Hartford.

OF COUNSEL:

Brian P. Downey
PEPPER HAMILTON LLP
200 One Keystone Plaza
P.O. Box 1181
Harrisburg, PA  17108-1181
Telephone:  (717) 255-1192


Dated:  August 22, 2008

/s/ *Maria L. Panichelli*
Maria L. Panichelli (Del Bar #5047)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE  19899-1709
Telephone:  (302) 777-6500
Facsimile:  (302) 421-8390

*Attorneys for Defendant
Hartford Life Insurance Company*

#9994502 v1

## **CERTIFICATE OF SERVICE**

       I, Maria L. Panichelli, hereby certify that on August 22, 2008, a copy of the foregoing Notice of Entry of Appearance was served upon the following counsel of record via CM/ECF:

       Ronald G. Poliquin
       Young, Malmberg & Howard, P.A.
       30 The Green
       Dover, DE 19901

       *Attorneys for Plaintiff*

       */s/ Maria L. Panichelli*
       Maria L. Panichelli (Del Bar #5047)