IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHERRY DICK, | : | |
|       Plaintiff, | : | |
| | : | |
|     vs. | : | C.A. No. 1:08-CV-00470-SD |
| | : | |
| THE HARTFORD, | : | |
|       Defendant. | : | |
| | : | |

### RULE 7.1 DISCLOSURE STATEMENT

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, defendant Hartford Life Insurance Company, identified in Plaintiff's Complaint as The Hartford, through its undersigned counsel, states that it is a wholly owned subsidiary of Hartford Life and Accident Insurance Company, which is a wholly owned subsidiary of Hartford Life, Inc., which is a wholly owned subsidiary of Hartford Holdings, Inc. which is a wholly owned subsidiary of The Hartford Financial Services Group, Inc.

      Respectfully submitted,

*/s/ Maria L. Panichelli*
Maria L. Panichelli (#5047)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE  19899-1709
Phone:  (302) 777-6500
Fax:  (302) 421-8390

Dated:  August 22, 2008

*Attorneys for Defendant*
*Hartford Life Insurance Company*

## **CERTIFICATE OF SERVICE**

       I, Maria L. Panichelli, hereby certify that on August 22, 2008, a copy of the foregoing Defendant's Rule 7.1 Disclosure Statement was served upon the following counsel of record via CM/ECF:

>Ronald G. Poliquin
>Young, Malmberg & Howard, P.A.
>30 The Green
>Dover, DE 19901
>
>*Attorneys for Plaintiff*

                                            */s/ Maria L. Panichelli*
                                            Maria L. Panichelli (Del Bar #5047)